Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
Cody Alexander Bolce, Esq. (S.B. #322725)
COLE & VAN NOTE
555 12th Street, Ste. 1725
Oakland, CA 94607
T: 510-891-9800
sec@colevannote.com
lvn@colevannote.com
cab@colevannote.com
*Attorneys for Plaintiff*

James F. Monagle, Esq. (SBN 236638)
MULLEN COUGHLIN LLC
309 Fellowship Road, Suite 200
Mt. Laurel, NJ 08054
T: 267-930-1529
jmonagle@mullen.law
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELIA EDWARDS, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> DIALAMERICA MARKETING, INC., <br><br> Defendant. | Case No.: 3:22-cv-0689-LL-BGS <br><br> (Honorable Linda Lopez) <br><br> **NOTICE OF APPEARANCE** |

Kindly enter my appearance on behalf of Defendant, DialAmerica Marketing, Inc.

Dated: June 10, 2022

                                           MULLEN COUGHLIN, LLC

                                   By:   */s/James Monagle*
                                                    James Monagle
                                                    Attorneys for Defendant
                                                    DialAmerica Marketing, Inc.