UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELIA EDWARDS, individually, and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>DIALAMERICA MARKETING, INC.,<br><br>Defendant. | Case No.: 22cv689-LL-BGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>**[ECF No. 4]** |

On June 10, 2022, the parties filed a Joint Motion requesting a thirty-day extension of time for Defendant to respond to the complaint. ECF No. 5. For good cause shown, the Court **GRANTS** the Joint Motion. Defendant shall file a response to the complaint on or before July 14, 2022.

**IT IS HEREBY ORDERED**

Dated: June 13, 2022

_____
Honorable Linda Lopez
United States District Judge