# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA EDWARDS , <br><br> Plaintiff(s), <br><br> v. <br><br> DIALAMERICA MARKETING INC. , <br><br> Defendant(s). | NOTICE OF INTENT TO PROCEED BEFORE UNITED STATES DISTRICT JUDGE <br><br><br> CASE NUMBER: 3:22-cv-689-LL-BGS |

## NOTICE OF INTENT TO PROCEED BEFORE DISTRICT JUDGE

In accordance with the provisions of 28 U.S.C. 636(b), (c) and FRCP 73, the parties in this case hereby request that a United States District Judge be assigned to this case.

| Signatures | Date |
|---|---|
| /s/ Cody Alexander Bolce | 08/05/2022 |