Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
Cody Alexander Bolce, Esq. (S.B. #322725)
Julia Deutsch, Esq. (S.B. #278163)
**COLE & VAN NOTE**
555 12th Street, Suite 1725
Oakland, California 94607
Telephone:  (510) 891-9800
Facsimile:   (510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com
Email: cab@colevannote.com
Email: jkd@colevannote.com
Web:  www.colevannote.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELIA EDWARDS, individually, and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>vs.<br><br>DIALAMERICA MARKETING, INC.,<br><br>           Defendant. | **Case No. 3:22-cv-689-LL-BGS**<br><br>**<u>CLASS ACTION</u>**<br><br>**REQUEST FOR DISMISSAL** |

**REQUEST FOR DISMISSAL**

Plaintiff Shelia Edwards ("Plaintiff") hereby respectfully requests the Court dismiss her claims against Defendant DialAmerica Marketing, Inc. ("Defendant") without prejudice.

Plaintiff filed this lawsuit against Defendant on May 15, 2022 in this Court seeking damages, injunctive, and equitable relief. No fewer than two other cases have been filed against Defendant in connection with the data breach that serves as the basis for this suit (*Moure V. Dialamerica Marketing, Inc.* District of Connecticut, Case No. 3:22cv625 and *Daniel Blanco, et al.* v. *Dialamerica Marketing, Inc.* San Diego County Superior Court, Case No. 37-2022-00021920-CU-BC-CTL). Accordingly, there is no danger the putative class members will be prejudiced by this dismissal because there is at least one other nationwide class action arising out of this data breach that can champion their claims and the claims will dismissed without prejudice.

Likewise, no notice is necessary. No class has been certified, no motion to certify a class has been filed, and no notice has been sent to putative class members in connection with this case. This dismissal is not requested pursuant to any agreement and neither Plaintiff nor her counsel have received any consideration for this request.

Dated: August 16, 2022

**COLE & VAN NOTE**

By: */s/ Cody A. Bolce*
Cody A. Bolce, Esq.
Attorneys for Representative Plaintiff
and the Plaintiff Class(es)

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL: (510) 891-9800

-2-

Request for Dismissal
Case No. 3:22-cv-689-LL-BGS