UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELIA EDWARDS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIALAMERICA MARKETING, INC.,<br><br>Defendant. | Case No.: 22cv689-LL-BGS<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL**<br><br>**[ECF No. 12]** |

On August 16, 2022, Plaintiff Shelia Edwards filed a Request for Dismissal in which she requests that the Court "dismiss her claims against Defendant DialAmerica Marketing, Inc. without prejudice." ECF No. 12. The Court hereby dismisses Plaintiff's individual claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Additionally, the claims brought against Defendant by Plaintiff on behalf of putative, uncertified class action members are also hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Under Rule 23 of the Federal Rules of Civil Procedure, Court approval of the dismissal of putative class allegations is not required because it is not a voluntary dismissal of "the claims, issues, or defenses of a certified class." Fed.R.Civ.P. 23(e); *see also* Advisory Committee Notes on 2003 Amendments to Rule 23, Subdivision (e), Paragraph (1) ("The new rule requires [court] approval only if the claims, issues, or

defenses of a certified class are resolved by . . . voluntary dismissal. . .”). This case has not certified. The dismissal of putative class claims is without prejudice and does not resolve any class claims, issues, or defenses.

Accordingly, the Court **GRANTS** Plaintiff's request for dismissal. Plaintiff's individual claims against Defendant are hereby **DISMISSED** without prejudice. The claims brought by Plaintiff in a representative capacity on behalf of putative, uncertified class action members in the above-captioned action are hereby **DISMISSED** without prejudice and without notice to any individual. Additionally, the pending Motion to Dismiss filed on July 14, 2022 [ECF No. 7] is **DENIED AS MOOT.**

**IT IS HEREBY ORDERED**

Dated: August 23, 2022

_____
Honorable Linda Lopez
United States District Judge